UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANGELA Y. GUTHRIE,

    Plaintiff,

v.

ARGENT MORTGAGE COMPANY, LLC, et al.,

    Defendants.

2:11-CV-1811 JCM (PAL)

**ORDER**

Presently before the court is the matter of *Guthrie v. Argent Mortgage Company, LLC, et. al.*, case number 2:11-cv-01811-JCM-PAL. On January 19, 2012, Magistrate Judge Peggy A. Leen recommended that the court dismiss the action due to plaintiff's continued and willful failure to comply with the orders of this court.

The plaintiff was given until February 2, 2012, to comply with previous orders and the local rules by filing a certificate of interested parties. Plaintiff was warned that failure to comply would result in the dismissal of her action. Plaintiff failed to comply.

Accordingly, the court finds it appropriate to adopt the recommendation of Magistrate Judge Leen and dismiss the case.

Therefore,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the complaint in the
2  instant matter (doc. #1-2), be, and the same hereby is, DISMISSED.
3  DATED February 9, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -